**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **SHARHONDA NELSON,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**WALMART INC.,**<br><br>**Defendant.** | **CIVIL ACTION**<br>**FILE NO:** 24A01359 |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW Sharhonda Nelson in the above-styled action and hereby files this complaint and shows this Honorable Court as follows:

1.

Walmart Inc. *(hereinafter "the Defendant")* is a foreign corporation registered in Georgia. The Corporation Company is the Defendant's registered agent located at 106 Colony Park Drive Ste. 800-B, Cumming, GA 30040-2794. The Defendant may be served with a copy of this Complaint and Summons at its registered address.

2.

The Defendant has been properly served with process in this action.

3.

The State Court of Dekalb County, Georgia, has jurisdiction over the subject matter of this action. Venue is proper for this court.

**STATE COURT OF**
**DEKALB COUNTY, GA.**
**3/6/2024 4:03 PM**
**E-FILED**
**BY: Monica Gay**

4.

On or about July 4, 2022, the Plaintiff was a patron at the Defendant's store located at 4725 Ashford Dunwoody Rd, Dunwoody, GA 30338.

5.

While exercising due care, Plaintiff stepped on a rug, located near an ice machine, unbeknownst to her there was water underneath the rug causing her to slip and fall.

6.

Defendant negligently failed to maintain a safe environment for their invitees by not taking the necessary precautionary measures for a wet floor.

7.

Defendant negligently failed to conform to a standard of conduct and exercise ordinary care in keeping the premises safe.

8.

Defendant breached that duty to conform to a standard of conduct and exercise ordinary care in keeping the premises safe.

9.

Defendant's breach of the duty to conform to a standard of conduct and exercise ordinary care in keeping the premises safe are the actual and proximate cause for Plaintiff's injuries.

10.

At all relevant times, Defendant owed premises owner-invitee duties to Plaintiff and not withstanding those duties, the Defendant did violate them in the following particulars:

a) Failed to conform to a standard of conduct;

b) Failed to exercise ordinary care;

c) Caused injury to an invitee on its premises;

d) And any other acts of negligence that may be proven at trial.

11.

The actions of the Defendant constitute a direct violation of O.C.G.A. § 51-3-1, where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe.

12.

Defendant's negligence is the sole and proximate cause of Plaintiff's injuries.

13.

As a result of Defendant's negligence, Plaintiff has incurred reasonable, necessary, and continuing past, present, and future medical expenses from the injuries, and will continue to incur expenses in the future, in an amount to be proven at trial.

14.

As a further direct and proximate result of Defendant's negligence, Plaintiff has sustained physical pain and suffering as well as emotional distress, and Plaintiff will continue to suffer in the future.

15.

Because of these injuries, Plaintiff has incurred medical expenses of more than $101,057.70 to date.

16.

At all times mentioned herein, Plaintiff acted with reasonable care under the conditions and circumstances then existing.

17.

Plaintiff did not assume the risk nor was Plaintiff comparatively negligent.

18.

Plaintiff seeks recovery of attorney's fees and expenses of litigation for Defendant being stubbornly litigious and putting Plaintiff through unnecessary trouble and expenses by forcing Plaintiff to file suit when Defendant's liability is clear.

19.

As a result of the Defendant and their agents' bad faith, stubborn litigiousness, and the unnecessary trouble and expenses Defendant has caused, Plaintiff is entitled to recover all expenses and attorney's fees pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE, Plaintiff prays for the following:**

a) That service of process is issued upon the Defendant as provided by law;

b) That Plaintiff be awarded compensatory damages and general damages for pain and suffering, past, present and future in a sum and amount to be shown at trial in accordance with the enlightened conscious of an impartial jury;

c) That Plaintiff be awarded special damages in a sum and amount to be shown at trial in accordance with the enlightened conscious of an impartial jury;

d) That Plaintiff have a trial by jury on all issues;

e) For all costs of this action, including attorney's fees, all with interest, as provided by law;

f) That Plaintiff be awarded all the relief available under O.C.G.A. § 13-6-11; and

g) That Plaintiff have such other and further relief as this Honorable Court deems just and proper under the circumstances.

)
Respectfully submitted this 6th day of March 2024,

**THE DENNIS LAW FIRM, LLC**
*/s/ Rian Banks*
André Dennis
Georgia Bar No. 606645
Rian Banks
Georgia Bar No. 556178
*Attorneys for Plaintiff*

101 Marietta Street NW
Suite 2200
Atlanta, Georgia 30303
Tel: (404) 850-7951
Fax: (404) 850-7948
Email: andre@afirmthatfights.com
Email: rian@afirmthatfights.com
GA E-File: litigation@afirmthatfights.com

STATE COURT OF
DEKALB COUNTY, GA.
3/6/2024 4:03 PM
E-FILED
BY: Monica Gay

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **SHARHONDA NELSON,**<br>**Plaintiff,**<br>**vs.**<br>**WALMART INC.,**<br>**Defendant.** | **CIVIL ACTION**<br>**FILE NO:** 24A01359 |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

André Dennis
Rian Banks
The Dennis Law Firm, LLC
101 Marietta Street NW
Suite 2200
Atlanta, GA 30303
(404) 850-7951

An answer to the complaint, which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ________ day of 3/6/2024 __________________, 2024.

Clerk of State Court of Dekalb County

By /s/ Monica Gay
Deputy Clerk

STATE COURT OF
DEKALB COUNTY, GA.
3/6/2024 4:03 PM
E-FILED
BY: Monica Gay